Saturday, October 5, 2024 at 13:43:43 Central Daylight Time

| | |
|---|---|
| **Subject:** | Re: Filer/Ruff conference with OC; please call when able |
| **Date:** | Monday, August 12, 2024 at 7:22:38 PM Central Daylight Time |
| **From:** | Connor Nash |
| **To:** | Amos L. Barton |
| **CC:** | Gary Trichter, James Bell |
| **Attachments:** | image001.png, image002.png, Notice of Removal.pdf |

Good evening Amos,

I will be around tomorrow morning to discuss.  Attached is a Notice of Removal that was filed today.  I will be filing it in the State Court shortly.

--
Thank you,

Connor Nash

---

**From:** Amos L. Barton <ABarton@carlsonattorneys.com>
**Date:** Monday, August 12, 2024 at 1:33 PM
**To:** connor@jamesbellpc.com <connor@jamesbellpc.com>
**Cc:** Gary Trichter <gary@texasdwilaw.com>
**Subject:** RE: Filer/Ruff conference with OC; please call when able

Connor,

Following up on my previous calls and email.  Can you let me know a good time to visit for an intro discussion?

Amos



**Amos Barton**
**Of Counsel**
O: 830-257-7575 F: 830-257-7580
CarlsonAttorneys.com
301 Junction Highway, Suite 100 • Kerrville • TX • 78028



E-MAIL CONFIDENTIALITY STATEMENT: This transmission may be subject to the attorney-client privilege; may be attorney work product; or may be strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify only the sender and delete the message. Unauthorized interception

of this e-mail is a violation of Federal criminal law.

---

**From:** Amos L. Barton <ABarton@carlsonattorneys.com>
**Sent:** Thursday, August 8, 2024 9:36 AM
**To:** connor@jamesbellpc.com
**Cc:** Gary Trichter <gary@texasdwilaw.com>
**Subject:** Filer/Ruff conference with OC; please call when able

Connor,

I look forward to working with you on this interesting case.  I left a couple of messages.  Could you please give me a shout about the answer that was filed Monday?

My personal mobile is 830-285-2074.



**Amos Barton**
**Of Counsel**
O: 830-257-7575 F: 830-257-7580
CarlsonAttorneys.com
301 Junction Highway, Suite 100 • Kerrville • TX • 78028



E-MAIL CONFIDENTIALITY STATEMENT: This transmission may be subject to the attorney-client privilege; may be attorney work product; or may be strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify only the sender and delete the message. Unauthorized interception of this e-mail is a violation of Federal criminal law.